# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 20-2284

———————————————

Plumbers and Steamfitters, Local Union No. 33, Retirement Trust and the Trustees
Thereof; Plumbers and Steamfitters, Local Union No. 33, Health and Welfare
Fund and the Trustees Thereof; Plumbers and Steamfitters, Local Union No. 33,
Education Fund and the Trustees Thereof

*Plaintiffs - Appellants*

v.

Carroll Plumbing, LLC; Consolidated Heating and Cooling, LLC

*Defendants - Appellees*

———————————

Appeal from United States District Court
for the Southern District of Iowa - Central

———————————

Submitted: February 25, 2021
Filed: March 2, 2021
[Unpublished]

———————————

Before GRASZ, WOLLMAN, and STRAS, Circuit Judges.

———————————

PER CURIAM.

In this action under the Employee Retirement Income Security Act, 29 U.S.C.
§ 1145, Plumbers and Steamfitters, Local Union No. 33, Retirement Trust, Health and

Welfare Fund, Education Fund, and the Trustees thereof appeal the district court's[1] award of attorney fees. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Johnson v. Charps Welding & Fabricating, Inc.*, 950 F.3d 510, 525 (8th Cir. 2020) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

-2-